JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JNL GLOBAL CO.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>    Defendants. | Case No. 2:18-cv-06641-SVW(AGRx)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL |

Pursuant to the Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court dismisses Plaintiff's complaint with prejudice and without costs or fees to any party.

SO ORDERED this __1st__ day of __November__, 2018.

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE